Irena Milos
*Attorney at Law*
1173A Second Avenue
Suite 352
New York, NY 10065
(212) 445-0556

January 10, 2012

Senior Judge Sterling Johnson, Jr.
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

RE: Lai v. Leung, Case No. 11-CV-3561

Dear Hon. Sterling:

    I represent defendants in the above-entitled action. Defendants have served motion to dismiss, Plaintiff has served opposition. As well, Defendants have served a reply and Plaintiff has served a sur reply. As such, the motion is fully briefed.

    Both sides would like oral argument on said papers and respectfully ask the Court to schedule a date for argument. Offhand, dates that are good for both sides are in second half of February, 2012, or thereafter.

    Also included herein are hard copies of the papers.

Very Truly Yours,

*/s/ Irena Milos*

Irena Milos, Esq.

IM/
enclosure

cc: Vincent S. Wong, Esq.
    39 East Broadway, Suite 304
    New York, NY 10002
    (212) 349-6099